373 A.2d 1114

Cheppa v. Cheppa, Appellant.

Argued March 15, 1977.   John Cheppa, appellant, *in propria persona* ;  Bruce A. Grove, Jr., submitted a brief for appellee.

Decree affirmed.

373 A.2d 1114

Cole v. Cole, Appellant.

Argued March 16, 1977.   Donald Marritz, for appellant;  Robert E. Campbell, with him Campbell and White, for appellee.

OPINION PER CURIAM:  Decree affirmed.   Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.